**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARTHA PARKER o/b/o CHAMYIA EDWARDS, | : | |
| | : | |
| Plaintiff, | | |
| | : | |
| vs. | | CA 10-0159-C |
| | : | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| | | |
| Defendant. | | |

## **ORDER**

On September 15, 2010, plaintiff filed a notice of incomplete record (Doc. 15). The

defendant filed his response on October 1, 2010 (Doc. 19) followed by the filing of a

supplemental transcript on October 4, 2010 (Doc. 20). Because the record is now complete (*see*

*id.*), plaintiff's notice to the Court (Doc. 15) is deemed **MOOT**. Nevertheless, the undersigned

recognizes that plaintiff may make the substantive argument at the hearing on December 14,

2010 (*see* Doc. 13), in favor of remand, that the ALJ did not considered the records referenced in

the September 15, 2010 notice (*see* Doc. 15, at 2 ("[I]t is respectfully requested Plaintiff's

missing records be made part of the Court Record, and that an inquiry be made as to whether the

missing records were viewed and considered by the Administrative Law Judge."); *compare id.*

*with* Doc. 19, at 1 ("As the ALJ acknowledged receipt of the evidence at the hearing and

admitted the evidence into the record [], the ALJ stated that she considered all of the evidence [],

and the Appeals Council issued a certified supplemental administrative record, Defendant has a

reasonable belief that the ALJ considered the evidence included in the supplemental

transcript.")).

        **DONE** and **ORDERED** this the 28th day of October, 2010.

          s/WILLIAM E. CASSADY
        **UNITED STATES MAGISTRATE JUDGE**