# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CHAMYIA M. EDWARDS, a minor,
by MARTHA PARKER, next of kin,   :

    Plaintiff,   :

vs.   :   CA 10-0159-C

MICHAEL J. ASTRUE
Commissioner of Social Security,   :

    Defendant.   :

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89 (1991), for further proceedings not inconsistent with this decision.  The remand pursuant to sentence four of § 405(g) makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *see Shalala v. Schaefer*, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

    **DONE** this the 12th day of January, 2011.

                                    s/ WILLIAM E. CASSADY
                                    **UNITED STATES MAGISTRATE JUDGE**